TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN







NO. 03-94-00478-CV







Catherine Peirce, Appellant



v.



Henry S. Miller Residential Services, Inc., d/b/a Henry S. Miller REALTORS;


Capitol Inspection Services, Inc.; Don Rogers; and Robert Garner, Appellees







FROM THE DISTRICT COURT OF TRAVIS COUNTY, 53RD JUDICIAL DISTRICT


NO. 93-10566, HONORABLE MARGARET A. COOPER, JUDGE PRESIDING








PER CURIAM


 Appellant Catherine Peirce and appellees Henry S. Miller Residential Services,
Inc., d/b/a Henry S. Miller REALTORS; Capitol Inspection Services, Inc.; Don Rogers; and
Robert Garner have filed an agreed motion to dismiss this appeal. The motion is granted. Tex.
R. App. P. 59(a)(1)(A).

 The appeal is dismissed.


Before Chief Justice Carroll, Justices Aboussie and Jones

Dismissed on Agreed Motion

Filed: June 21, 1995

Do Not Publish